IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Brandy Buras,  )
                Plaintiff, ) 2:12-cv-01118-GEB-CKD
                v. ) ORDER RE: SETTLEMENT AND DISPOSITION
Discover Card Services, Inc.; )
and Discover Financial Services, Inc., )
                Defendants. )

        Plaintiff filed a "Notice of Settlement" on November 7, 2012, in which she states: "the parties in the above-captioned case have reached a settlement[, and t]he Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days." (ECF No. 14, 2:2-6.)

        Therefore, a dispositional document shall be filed no later than January 7, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure

1

1  to file dispositional papers on the date prescribed by the Court may be
2  grounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  November 14, 2012

           _____
           GARLAND E. BURRELL, JR.
           Senior United States District Judge